UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS ROBERSON, #290290

    Plaintiff,

v.

                              File No. 1:09-CV-861

JOSEPH MARTENS, et al.,

                              HON. ROBERT HOLMES BELL

    Defendants.
                           /

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 25, 2010, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Defendants' motion for summary judgment (Dkt. No. 16) be granted. (Dkt. No. 29.) The Magistrate Judge also recommended that Plaintiff's claims for declaratory and injunctive relief, Plaintiff's claims for monetary damages against defendants in their official capacities, and all of Plaintiff's remaining claims be dismissed. (*Id*.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the August 25, 2010, R&R (Dkt. No. 29) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions for summary judgment (Dkt. No. 16) are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims for declaratory and injunctive relief are **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims for monetary damages against the Defendants in their official capacities are **DISMISSED**.

**IT IS FURTHER ORDERED** that all of Plaintiff's remaining claims against the Defendants are **DISMISSED**.


Dated: September 21, 2010                /s/ Robert Holmes Bell
                                         ROBERT HOLMES BELL
                                         UNITED STATES DISTRICT JUDGE